| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter __11__ |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **CallSocket II, L.P.** |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **37-1701088** |
| 4. | Debtor's address | **Principal place of business**  **409 13th Street, Suite 888**  **Oakland, CA 94612**  Number, Street, City, State & ZIP Code  **Alameda**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **Oakland, California**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☑ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

| | | |
|---|---|---|
| Debtor | **CallSocket II, L.P.** | Case number (*if known*) |
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☑ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☑ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Case: 16-42823    Doc# 1    Filed: 10/10/16    Entered: 10/10/16 13:41:38    Page 2 of 16

Debtor **CallSocket II, L.P.**
Name

Case number (*if known*) _____

---

**11. Why is the case filed in *this district*?** *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49          ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99         ☐ 5001-10,000       ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☑ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☑ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **CallSocket II, L.P.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/10/2016**
MM / DD / YYYY

X **/s/ Thomas Henderson, Managing Member of SFRC LLC, Sole member of CallSocket II LLC, General Partner of CallSocket II LP**
Signature of authorized representative of debtor

**Thomas Henderson, Managing Member of SFRC LLC, Sole member of CallSocket II LLC, General Partner of CallSocket II LP**
Printed name

Title **Managing Member of SFRC LLC**

**18. Signature of attorney**

X **/s/ Eric A. Nyberg**
Signature of attorney for debtor

Date **10/10/2016**
MM / DD / YYYY

**Eric A. Nyberg**
Printed name

**Kornfield, Nyberg, Bendes & Kuhner, P.C.**
Firm name

**1970 Broadway, Ste 225**
**Oakland, CA 94612**
Number, Street, City, State & ZIP Code

Contact phone **510-763-1000**   Email address

**131105**
Bar number and State

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor name | **CallSocket II, L.P.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10/10/2016**    X **/s/ Thomas Henderson, Managing Member of SFRC LLC**
Signature of individual signing on behalf of debtor

**Thomas Henderson, Managing Member  of SFRC LLC**
Printed name

**Sole member of CallSocket II LLC, General Partner of Cal**
Position or relationship to debtor

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Akawie & LaPietra  1981 N. Broadway Suite 320,  Walnut Creek, CA 94596 | | Attorneys for state court receiver | | | | $26,000.00 |
| Akila Marketing  1990 N. California Blvd, 8th Floor  Walnut Creek, CA 94596 | | Call center consultant for state court receiver | | | | $60,000.00 |
| Allen Matkins  3 Embarcadero Ctr,  San Francsico, CA 94111 | | Former attorneys for state court receiver | | | | $74,000.00 |
| Baker Donelson  1800 Republic Center 633 Chestnut Street  Chattanooga, TN 37450 | | EB5 attorneys for state court receiver | | | | $10,000.00 |
| Callsocket III, Holding  409 13th Street, Suite 888  Oakland, CA 94612 | | Loans to CallSocket II, LP | | | | $7,653.20 |
| Callsocket, LP  409 13th Street, Suite 888  Oakland, CA 94612 | | Loans to CallSocket II, LP | | | | $2,098,721.01 |
| Costin Miclea  1990 N. California Blvd, 8th Floor  Walnut Creek, CA 94596 | | Lead generation | | | | $50,000.00 |
| CS Holding  409 13th Street  Oakland, CA 94612 | | Misc. bill paid on beahlf of CallSocket II LP | | | | $7,653.20 |

| Debtor | CallSocket II, L.P. | | Case number (if known) | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Eclipse Property Management 1301 Marina Village Parkway, Suite 240 Alameda, CA 94501 | | Propert manager | | | | $75,000.00 |
| EverClean Building Maintenance 9700 East St Oakland, CA 94603 | | Facilities Tech | | | | $25,000.00 |
| Immedia 409 13th Street, Suite 888 Oakland, CA 94612 | | Loans to CallSocket II, LP | | | | $168,000.00 |
| Kaiser Permanate 1 Kaiser Plaza Ste 2300 Oakland, CA 94612 | | Health Insurance premiums | | | | $30,000.00 |
| Marvin Tate 1211 Preservation Park #100 Oakland, CA 94612 | | CPA for CallSocket II LP | | | | $60,000.00 |
| NA3PL, LLC 409 13th Street, Suite 888 Oakland, CA 94612 | | Loans to CallSocket II, LP | | | | $15,949.99 |
| NA3PL, LP 409 13th Street, Suite 888 Oakland, CA 94612 | | Loans to CallSocket II, LP | | | | $163,000.00 |
| Premier Dental 15800 32nd Ave North Suite 120 Plymouth, MN 55447 | | Dental insurance premium | | | | $3,000.00 |
| Superior Vision 785 Watson Canyon Ct San Ramon, CA 94582 | | Vision insurance premium | | | | $6,000.00 |
| Susan Uecker 1613 Lyon Street, Suite A San Francsico, CA 94115 | | State court receiver | | | | $100,000.00 |
| Vcom 12657 Alcosta Blvd Ste, Suite 418 San Ramon, CA 94583 | | Fiber monitoring software license | | | | $5,000.00 |
| Wendel Rosen 111 Broadway 2400 Oakland, CA 94607 | | Attorney for reciever | | | | $28,000.00 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re   **CallSocket II, L.P.**

Case No.

Debtor(s). /

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __5__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **10/10/2016**

/s/ Eric A. Nyberg
Signature of Debtor's Attorney or Pro Per Debtor

ABC Security
1840 Embarcadero
Oakland, CA 94606


ACME PLUMBING
1266 Hearst Ave
Berkeley, CA 94702


Aileen Dolby
1999 Harrison Street, Suite 1750
Oakland, CA 94612


Akawie & LaPietra
1981 N. Broadway Suite 320,
Walnut Creek, CA 94596


Akila Marketing
1990 N. California Blvd, 8th Floor
Walnut Creek, CA 94596


Allen Matkins
3 Embarcadero Ctr,
San Francsico, CA 94111


At&T
4331 Communications dr. Flr 4W
Dallas, TX 75211


Baker Donelson
1800 Republic Center 633 Chestnut Street
Chattanooga, TN 37450

BIAGINI WASTE REDUCTION
1150 Hensley St
Richmond, CA 94801


Bright Pattern
1111 Bay Dr. Ste
San Bruno, CA 94066


Callsocket II, LLC
409 13th Street, Suite 888
Oakland, CA 94612


Callsocket III, Holding
409 13th Street, Suite 888
Oakland, CA 94612


Callsocket, LP
409 13th Street, Suite 888
Oakland, CA 94612


CallTeks Security
409 13th Street
Oakland, CA 94612


CCOO
409 13th Street
Oakland, CA 94612


Costin Miclea
1990 N. California Blvd, 8th Floor
Walnut Creek, CA 94596

CS Holding
409 13th Street
Oakland, CA 94612


Eclipse Property Management
1301 Marina Village Parkway, Suite 240
Alameda, CA 94501


EverClean Building Maintenance
9700 East St
Oakland, CA 94603


Immedia
409 13th Street, Suite 888
Oakland, CA 94612


Kaiser Permanate
1 Kaiser Plaza Ste 2300
Oakland, CA 94612


Lockdown Security
4808 San Pablo Ave
Emeryville, CA 94608


Marvin Tate
1211 Preservation Park #100
Oakland, CA 94612


Microsoft Online

NA3PL, LLC
409 13th Street, Suite 888
Oakland, CA 94612


NA3PL, LP
409 13th Street, Suite 888
Oakland, CA 94612


Pacific Cooling & Calibration
285 Old Country Rd, Ste 4
San Carlos, CA 94070


PG&E
4801 Oakport Sr
Oakland, CA 94601


Premier Dental
15800 32nd Ave North Suite 120
Plymouth, MN 55447


Pritzker & Levine
180 Grand Ave, Suite 1390
Oakland, CA 94612


Rackspace
620 Folsom St,
San Francsico, CA 94107


Reed Smith
101 Second Street, Suite 1800
San Francsico, CA 94105

SFRC
409 13th Street
Oakland, CA 94612


Stewart Title
5960 Inglewood Drive Suite 125
Pleasanton, CA 94588


Superior Vision
785 Watson Canyon Ct
San Ramon, CA 94582


Susan Uecker
1613 Lyon Street, Suite A
San Francsico, CA 94115


Thyssen Krupp Elevator
520 Townsend St
San Francsico, CA 94103


Travellers
POB 660307
Dallas, TX 75266


Vcom
12657 Alcosta Blvd Ste, Suite 418
San Ramon, CA 94583


Wendel Rosen
111 Broadway 2400
Oakland, CA 94607

In re   **CallSocket II, L.P.**                        Case No.
                            Debtor(s)        Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **CallSocket II, L.P.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**10/10/2016**                                    **/s/ Eric A. Nyberg**
Date                                          **Eric A. Nyberg 131105**
                                             Signature of Attorney or Litigant
                                             Counsel for   **CallSocket II, L.P.**
                                             **Kornfield, Nyberg, Bendes & Kuhner, P.C.**
                                             **1970 Broadway, Ste 225**
                                           **Oakland, CA 94612**
                                           **510-763-1000 Fax:510-273-8669**

In re    **CallSocket II, L.P.**                                    Case No.
                                    Debtor(s)                       Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Thomas Henderson, Managing Member of SFRC LLC**, declare under penalty of perjury that SFRC, LLC is the **Sole member of CallSocket II LLC, General Partner** of **CallSocket II, L.P.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Limited Partnership at a special meeting duly called and held on the **10th** day of **October**, 2016.

"Whereas, it is in the best interest of this Limited Partnership to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Thomas Henderson, Managing Member of SFRC LLC**, **Sole member of CallSocket II LLC, General Partner of CallSocket II, L.P.** of this Limited Partnership, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the Limited Partnership; and

Be It Further Resolved, that **Thomas Henderson, Managing Member of SFRC LLC**, **Sole member of CallSocket II LLC, General Partner of CallSocket II, L.P.** of this Limited Partnership is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Partnership, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Partnership in connection with such bankruptcy case, and

Be It Further Resolved, that **Thomas Henderson, Managing Member of SFRC LLC**, **Sole member of CallSocket II LLC, General Partner of CallSocket II, L.P.** of this Limited Partnership is authorized and directed to employ **Eric A. Nyberg 131105**, attorney and the law firm of **Kornfield, Nyberg, Bendes & Kuhner, P.C.** to represent the Limited Partnership in such bankruptcy case."

Date    **10/10/2016**                           Signed    **/s/ Thomas Henderson, Managing Member of SFRC LLC**
                                                           **Thomas Henderson, Managing Member of SFRC LLC**

# Resolution of
## of
## CallSocket II, L.P.

I, Thomas M. Henderson, declare under penalty of perjury that my company San Francisco Regional Center, LLC, is the 100 percent owner and managing member of CallSocket II, LLC, which limited liability company is the general partner of CallSocket II, LP. (the "Limited Partnership"), and that on October 10, 2016, the following resolution was duly adopted by the Limited Partnership:

"Whereas, it is in the best interest of the Limited Partnership to file a voluntary petition for relief in the United States Bankruptcy Court pursuant to Chapter 11 of title 11 of the United States Code;

"Be It Therefore Resolved, that Thomas M. Henderson is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Limited Partnership; and

"Be It Further Resolved, that Thomas M. Henderson is further authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Partnership and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Partnership in connection with such bankruptcy case, and

"Be It Further Resolved, that Thomas M. Henderson is authorized and directed to employ attorney Eric A. Nyberg, SBN, 131105, and the law firm of Kornfield, Nyberg, Bendes & Kuhner, P.C., to represent the Limited Partnership in such bankruptcy case."

Date  **10/10/2016**          Signed  **/s/ Thomas M. Henderson**
                                      **Thomas M. Henderson, Authorized Individual**

Date                          Signed