RANDY MICHELSON (SBN: 114095)
**MICHELSON LAW GROUP**
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 512-8600
Facsimile: (415) 512-8601
Email: randy.michelson@michelsonlawgroup.com

JONATHAN K. LEVINE (SBN: 220289)
ELIZABETH C. PRITZKER (SBN: 146267)
BETHANY L. CARACUZZO (SBN: 190687)
**PRITZKER LEVINE LLP**
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
Email: jkl@pritzkerlevine.com
       ecp@pritzkerlevine.com
       bc@pritzkerlevine.com

Attorneys for ALLAN YOUNG

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE.<br><br>CALLSOCKET II, L.P. | Case No: 16-42823 RLE<br><br>Chapter 11<br><br>**DECLARATION OF JONATHAN K. LEVINE IN SUPPORT OF ALLAN YOUNG'S MOTION TO EXCUSE TURNOVER UNDER 11 U.S.C. § 543(D)(1); OR IN THE ALTERNATIVE, FOR ABSTENTION PURSUANT TO 11 U.S.C. § 305**<br><br>Date: October __, 2016<br>Time: TBD.<br>Judge: Hon. Roger L. Efremsky<br>Place: 1300 Clay Street<br>        Courtroom: 201<br>        Oakland, CA 94612 |

1. I am a partner of Pritzker Levine LLP, counsel for plaintiff Allan Young in the matter of Young v. Henderson, et al., Alameda County Superior Court Case No. RG 15-778891, and related cross-actions (the "Superior Court action"). I submit this declaration in support of Mr. Young's motion to excuse turnover under 11 U.S.C. § 543(d)(1), or, in the alternative, for an abstention under 11 U.S.C. § 305. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify completely thereto.

2. Attached as **Exhibit A** hereto is a true and correct copy of Mr. Young's Verified Second Amended Derivative and Direct Complaint filed on May 13, 2016 in the Superior Court action.

3. Attached as **Exhibit B** hereto is a true and correct copy of the verified answer to Mr. Young's second amended complaint, filed in the Superior Court action on June 9, 2016 by defendants Thomas Henderson, Michael Henderson, Matthew Henderson and San Francisco Regional Center, LLC ("SFRC"). The answer is verified by Thomas Henderson.

4. Attached as **Exhibit C** hereto is a true and correct copy of excerpts of the November, 2015 debtor's examination of Thomas Henderson, taken at the Alameda County Superior Court, in the matter *Minasian v. Henderso*n, Case No. RG-05-235378. I was personally present at this examination.

5. Attached as **Exhibit D** hereto is a true and correct copy of a list setting forth Susan L. Uecker's experience as a court-appointed receiver, trustee and referee. This information is publicly available can be found on her website, www.ueckerassoc.com.

6. Attached as **Exhibit E** hereto is a true and correct copy of the Superior Court's March 25, 2016 Amended Order appointing Susan L. Uecker as the receiver in the Superior Court action.

7. Attached as **Exhibit F** hereto is a true and correct copy of the April 6, 2016 Declaration of Susan L. Uecker filed in the Superior Court action.

8. Attached as **Exhibit G** hereto is a true and correct copy of the Superior Court's April 7, 2016 Order confirming the appointment of Susan L. Uecker as the receiver in the Superior Court action.

9. Attached as **Exhibit H** hereto is a true and correct copy of the Superior Court's July 22, 2016 Order renewing the appointment of Susan L. Uecker as the receiver in the Superior Court action.

10. Attached as **Exhibit I** hereto is a true and correct copy of the CallSocket II, L.P. Limited Partnership Agreement that was produced by defendants in discovery in the Superior Court action.

11. Attached as **Exhibit J** hereto is a true and correct copy of excerpts of the transcript of the May 5, 2016 hearing in the Superior Court action. I was personally present at this hearing.

I declare that the foregoing is true and correct, under penalty of perjury under the laws of the United States and of the state of California. Executed this 14th day of October 2016, in Oakland, California.

*/ s / Jonathan K. Levin*
Jonathan K. Levine